Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL NAPOLES, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> V. <br><br> AMERISAVE MORTGAGE CORPORATION, and DOES 1 through 10, inclusive, and each of them, <br> Defendants. | Case No. 2:18-cv-02054-SVW-JPR <br><br> **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COMES THE PLAINTIFF by and through his attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff and without prejudice as to the putative Class pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P..

Respectfully submitted this 7th Day of June, 2018,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

Filed electronically on this 7th Day of June, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Stephen V. Wilson
United States District Court
Central District of California

This 7th Day of June, 2018.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN